AO91 (Rev. 12/03)  Criminal Complaint                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
               **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-20304

Jose FLORES
IAE
Mexico 2000

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **December 28, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose FLORES was encountered by Border Patrol Agents near Hidalgo, Texas on December 28, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on December 28, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/  Sanchez, Carlos  Border Patrol Agent
Signature of Complainant

Sanchez, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 30, 2018                                                                at        McAllen, Texas
Date                                                                                                    City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                                Signature of Judge